```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 10018
    EMORY T MADGETT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-9979
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     The case was filed on 08/17/2006 and was confirmed 03/06/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured creditors 100.00%.

     The case was dismissed after confirmation 08/16/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HSBC BANK USA NATL ASSOC | CURRENT MORTG | .00 | .00 | .00 |
| HSBC BANK USA NATL ASSOC | MORTGAGE ARRE | 1548.50 | .00 | 1548.50 |
| CHASE HOME FINANCE | NOTICE ONLY | NOT FILED | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1355.66 | .00 | .00 |
| CHASE MANHATTAN MTG CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 1324.88 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERICAN STUDENT ASSISTA | FILED LATE | 67906.43 | .00 | .00 |
| JOSEPH WROBEL | DEBTOR ATTY | 1,500.00 | | 1,500.00 |
| TOM VAUGHN | TRUSTEE | | | 201.50 |
| DEBTOR REFUND | REFUND | | | .00 |

     Summary of Receipts and Disbursements:

---

|  | RECEIPTS | DISBURSEMENTS |
|---|---:|---:|
| TRUSTEE | 3,250.00 | |
| PRIORITY | | .00 |
| SECURED | | 1,548.50 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | 1,500.00 |
| TRUSTEE COMPENSATION | | 201.50 |
| DEBTOR REFUND | | .00 |
| TOTALS | 3,250.00 | 3,250.00 |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/05/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 10018 EMORY T MADGETT